IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| KRISANN SHOEMAKER, § | |
| § | |
| PLAINTIFF, § | |
| § | |
| V. § | CIVIL ACTION NO. 3:13-CV-00178 |
| § | JUDGE GREGG COSTA |
| COMMUNITY HOSPITAL OF § | |
| BRAZOSPORT, § | |
| § | |
| DEFENDANTS. § | |

## ORDER

Having considered Plaintiff Krisann Shoemaker and Defendant The Community Hospital Brazosport d/b/a Brazosport Regional Health System's Joint Motion for Dismissal with Prejudice, the Court is of the opinion that the motion should be **GRANTED**.

IT IS THEREFORE **ORDERED** that Plaintiff Krisann Shoemaker's claims against Defendant The Community Hospital Brazosport d/b/a Brazosport Regional Health System as alleged in this lawsuit are dismissed with prejudice, with costs and attorneys' fees taxed against the party incurring same.

SIGNED this the 8th day of May, 2014

_____
Gregg Costa
United States District Judge

53581740.1